UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 95-3168

_____

WALTER NAILS,

Plaintiff - Appellant,

versus

MIKE ESPY, Secretary, Department of Agricul-
ture; MICHAEL DUNN, Director, Farmers Home
Administration,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
93-3646-DKC)

_____

Submitted: July 23, 1996          Decided: July 30, 1996

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Nails, Appellant Pro Se. Brent Jefferson Gurney, Assistant
United States Attorney, Greenbelt, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his claims of employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nails v. Espy</u>, No. CA-93-3646-DKC (D. Md. Dec. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2